# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                                                     **Case No. 15-CR-18**

**DORIONTAE McKINLEY and**
**ISAAC SAWYER**
    **Defendants.**

## ORDER

**IT IS ORDERED** that defendant Sawyer's unopposed motion to suspend the trial (R. 15) is **GRANTED**, and the **JURY TRIAL** set for May 18, 2015, is vacated.

**IT IS FURTHER ORDERED** that the final pre-trial set for **Friday, May 8, 2015, at 11:00 a.m.**, is converted to **STATUS**. The court finds that the ends of justice served by so continuing the case, including the need to afford the reasonable time necessary for effective preparation and litigation of pre-trial motions, outweigh the best interest of the defendants and the public in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) & (7)(B)(iv).

Dated at Milwaukee, Wisconsin, this 26th day of February, 2015.

                                                    /s Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge